**Order entered September 17, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00985-CV

### ALAA MOHAMAMD WEISS, Appellant
### V.
### THE STATE OF TEXAS, Appellee

### On Appeal from the County Criminal Court of Appeals No. 2
### Dallas County, Texas
### Trial Court Cause No. M0474358

## ORDER

We **REINSTATE** this appeal which we abated to allow the trial court to clarify whether it intended to enter a final judgment. A supplemental clerk's record containing a copy of the trial court's order denying appellant's petition for nondisclosure has now been filed.

As the appellate record appears complete, we **ORDER** appellant to file his opening brief no later than October 17, 2019. Because the Court has previously determined that an order denying a petition for non-disclosure is not an appealable order, appellant shall address in his brief on the merits whether the minimum threshold amount in controversy is established such that the Court has jurisdiction over the appeal under the constitution's general jurisdictional grant. *See* TEX. CONST. art. V., § 6; TEX. GOV'T CODE ANN. § 22.220(a); TEX. CIV. PRAC. & REM. CODE ANN. § 51.012; *Browning v. State*, No. 05-08-01381-CV, 2009 WL 294909 (Tex. App.—Dallas 2009, no pet.).

/s/     BILL WHITEHILL
          JUSTICE